Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1490 | **DATE** | 7/12/2007 |
| **CASE TITLE** | Abbott Laboratories vs. Andrx Pharmaceuticals, Inc | | |

**DOCKET ENTRY TEXT**

This action is dismissed in its entirety with prejudice per the Stipulation of Dismissal Between Plaintiff Abbott and Defendant Anxdrx. Any all pending motions, deadlines, dates are stricken and terminated. Enter Stipulation of Dismissal and order - Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | PAMF |
|---|---|---|---|