# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1490 | **DATE** | November 7, 2008 |
| **CASE TITLE** | Abbott Laboratories v. Andrx Pharmaceuticals, Inc. | | |

**DOCKET ENTRY TEXT:**

The parties in this case are given to **November 21, 2008** to remove all documents filed under seal with the Clerk of Court. Parties are to contact the Clerk of Court with respect to instructions on how to retrieve said documents. The Clerk of Court is given authority to destroy all under seal documents in his possession if they are not retrieved by the close of business **November 21, 2008.**

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|